UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23937-COOKE/DAMIAN

HUMAM SARMAD SAAD AL-SAADI, *et al.*,

    Plaintiffs,

vs.

ANNCHERY FAJAS USA, INC.,
*a Florida corporation*, *et al.*,

    Defendants.

_____/

## ORDER

THIS MATTER is before the Court on Magistrate Judge Melissa Damian's Report and Recommendations ("R&R"), ECF No. 155, and the parties' expedited motion to extend certain pretrial deadlines, ECF No. 166.

Judge Damian's R&R recommends grating in part and denying in part certain motions to extend deadlines filed by the parties. The Court has reviewed the motions, the briefing and accompanying exhibits, Judge Damian's R&R, the record, and the relevant legal authorities.

Having done so, the undersigned finds Judge Damian's R&R to be clear, cogent, and compelling. Accordingly, Judge Damian's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the parties' motions are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's motion to extend the joinder deadline, ECF No. 101 is **DENIED**.
2. Plaintiff's motions to amend pretrial deadlines, ECF Nos. 142 and 143, are **GRANTED IN PART**.
3. Defendant's motion to extend dispositive motions deadline, ECF No. 149, is **GRANTED IN PART**.
4. The Court will extend pretrial deadlines as stated in Judge Damian's R&R, ECF No. 155 at 14.

Additionally, the Court has reviewed the parties' joint expedited motion to extend

certain deadlines set out in Judge Damian's R&R. ECF No. 166. Having done so, the Court will **GRANT** the parties' motion, and extend certain pretrial deadlines as follows:

1. Deadline for dispositive motions: July 15, 2022
2. Deadline for mediation: September 15, 2022
3. Defendants must furnish Plaintiffs with expert witness list: July 25, 2022
4. Deadline for expert discovery: August 12, 2022

All deadlines not specifically addressed herein remain unchanged as stated in Judge Damian's R&R.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 15th day of June 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*